**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 3:03-cr-289-J-32MCR

DORIAN T. MIXON,

    Defendant.

_____

## **O R D E R**

This case is before the Court on Defendant Dorian T. Mixon's Unopposed Motion for Sentence Reduction under the First Step Act of 2018. (Doc. 148). Section 404 of the First Step Act, Pub. L. No. 115-391, made retroactive the reduction in statutory penalties that were modified by the Fair Sentencing Act of 2010, Pub. L. No. 111-220, 124 Sta. 2372 (2010). According to the First Step Act, a court may "impose a reduced sentence as if [the Fair Sentencing Act of 2010] were in effect at the time the covered offense was committed." First Step Act of 2018, Pub. L. No. 115-391, § 404(b) (2018).

In March 2008, this Court sentenced Mr. Mixon to 192 months' imprisonment followed by five years of supervised release. (Doc. 118). Under the First Step Act, Mr. Mixon's amended guideline range is 188 to 235 months

to be followed by a minimum of 4 years of supervised release. (Doc. 145). The United States and Mr. Mixon agree that a new sentence imposed at the low end of the guideline range is appropriate. (Doc. 148).

Accordingly, it is hereby

**ORDERED:**

Defendant Dorian T. Mixon's term of imprisonment is reduced to 188 months or time served, whichever is greater. USSG § 1B1.10(b)(2)(C). Further, Defendant's term of supervised release is reduced to four years. All other terms and conditions of the Defendant's Judgment, (Doc. 118), remain in full force and effect.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of February, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record
United States Marshals Service
United States Probation Office
Bureau of Prisons
Defendant

2